KEITH, APPELLANT, *v.* KELLEY, WARDEN, APPELLEE.

[Cite as *Keith v. Kelley,* 125 Ohio St.3d 161, 2010-Ohio-1807.]

*Appeal from dismissal of a petition for a writ of habeas corpus — Res judicata bars petitioner from filing a successive habeas corpus petition — Adequate remedy at law — Judgment affirmed.*

(No. 2010-0037 ─ Submitted April 20, 2010 ─ Decided April 28, 2010.)

APPEAL from the Court of Appeals for Trumbull County,

No. 2009-T-0056, 2009-Ohio-6711.

_____

**Per Curiam.**

{¶ 1} We affirm the judgment dismissing the petition of appellant, Jeffrey C. Keith, for a writ of habeas corpus. Res judicata bars Keith from filing a successive habeas corpus petition insofar as he raises claims that he either raised or could have raised in his previous petition. *Amstutz v. Eberlin*, 119 Ohio St.3d 421, 2008-Ohio-4538, 894 N.E.2d 1219, ¶ 7; *Keith v. Bobby*, 117 Ohio St.3d 470, 2008-Ohio-1443, 884 N.E.2d 1067. Moreover, as the court of appeals held, Keith's initial sentence is not void and has not expired, and he has or had an adequate remedy by appeal to raise his claims that the trial court judges were improperly assigned to his criminal cases. See *Keith*, at ¶ 12, 14.

Judgment affirmed.

PFEIFER, ACTING C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

The late CHIEF JUSTICE THOMAS J. MOYER did not participate in the decision in this case.

_____

Jeffrey C. Keith, pro se.

Richard Cordray, Attorney General, and M. Scott Criss, Assistant Attorney General, for appellee.

_____